The DeHaan Law Firm P.C.
Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

November 5, 2026

**Via ECF**
Hon. Stewart D. Aaron, U.S. Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. SO ORDERED.
Dated: November 5, 2026

**Re: Corley v. Bisignano, Comm'r of Soc. Sec.**
**Docket No.: 1:26-CV-06815-JGK-SDA**

Dear Magistrate Judge Aaron:

I represent the plaintiff, Nicole Corely, in the above-reference case seeking review of the Commissioner's denial of Social Security disability benefits. Jonathan King from the Office of General Counsel represents the Commissioner.

I write in accordance with Local Social Security Rule 4.1 and Your Honor's Individual Practice Rules to request an extension of the briefing schedule in this case with the following changes:

| | Current Deadline | ***New Deadline*** |
|---|---|---|
| Plaintiff to Serve Motion | November 13, 2026 | ***March 1, 2027*** |
| Defendant to Serve Response | December 15, 2026 | ***April 30, 2027*** |
| Plaintiff to Serve Reply | December 29, 2026 | ***May 14, 2027*** |

I make this request because I have had multiple other deadlines in October which have prevented me from working on this motion. Additionally, multiple deadlines on other cases in December (coupled with the holidays), January, and February, make it impossible for me to request a shorter extension of time.

I have consulted with Mr. King, and he consents to this request and agrees to the proposed schedule. There have been no prior adjournments of these deadlines.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By: /s/ John W. DeHaan
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc: Jonathan King, OGC (Via ECF)